No. 1197. BRYANT-BUCKNER ASSOCIATES, INC. *v.* DANVILLE TOBACCO ASSOCIATION ET AL. C. A. 4th Cir. Certiorari denied. *Frederick Bernays Wiener* for petitioner. *Edwin B. Meade* for respondent Danville Tobacco Association, and *Earle Garrett, Jr., Allan Garrett, Earle Garrett III* and *G. Kenneth Miller* for respondent Producers Tobacco Co., Inc. 

No. 1198. RELIANCE INSURANCE Co. *v.* BLOUNT BROTHERS CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Edward Gallagher* for petitioner. *Douglas Arant* for respondent. 

No. 1194. CHASE *v.* UNITED STATES. C. A. 4th Cir. Motion for leave to dispense with printing petition granted. Certiorari denied. *Louis Koutoulakos* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. .

No. 1040. QUINAULT TRIBE OF INDIANS *v.* GALLAGHER, SHERIFF, ET AL. C. A. 9th Cir. Motion for leave to dispense with printing petition granted. Certiorari denied. *Charles A. Hobbs* for petitioner. *John J. O'Connell,* Attorney General of Washington, *pro se,* and *Jane Dowdle Smith,* Assistant Attorney General, for Gallagher et al., respondents. Briefs *amicus curiae,* in support of the petition, were filed by *James B. Hovis* for Confederated Tribes and Bands of Yakima Indian Nation, and *James J. McArdle* for Makah Indian Tribe. *Solicitor General Marshall, Assistant Attorney General Vinson, Nathan Lewin* and *Beatrice Rosenberg* filed a memorandum for the United States. .